## 3992. MILLER et al. v. PHILLIPS et al.

HILL, C. J. It not appearing from the record that the law and the facts required the verdict, the discretion of the trial judge in granting a first new trial will not be disturbed. Civil Code (1910), § 6204.

*Judgment affirmed.*
DECIDED SEPTEMBER 17, 1912.

Complaint; from city court of Tifton—Judge R. Eve. January 1, 1912.

*R. E. Dinsmore, R. D. Smith,* for plaintiffs in error.
*Fulwood & Skeen, J. H. Tipton,* contra.